# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | |
| **RICHARD HOLMAN,** | : | 18 U.S.C. § 201 (Bribery) |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney Charges that:

### Count One

From on or about July 1, 2013, and continuing until on or about December 5, 2015, in the District of Columbia and elsewhere, the defendant,

### RICHARD HOLMAN,

being a public official, directly and indirectly, corruptly demanded, sought, received, accepted, and agreed to receive and accept anything of value personally and for any other person and entity, in return for being influenced in the performance of an official act, and for being induced to do and omit to do any act in violation of his official duty; that is, HOLMAN, a USDA official, solicited and accepted things of value from Eric Schneider and Communications Resource, Inc.—to include concierge medical services, —in return for giving Schneider and Communications Resource, Inc. a competition advantage in the award of Homeland Security Presidential Directive 12 contracts.

**(Bribery, in Violation of 18 U.S.C. § 201(b)(2)(A) & (C))**

2

          CHANNING D. PHILLIPS
          Acting United States Attorney
          for the District of Columbia

By:   **/s/ Elizabeth A. Aloi**
       Elizabeth A. Aloi
       Assistant United States Attorney
       Public Corruption and Civil Rights Section
       U.S. Attorney's Office for the District of Columbia